```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANN MARIE ELACQUA, ET AL.,                 23-cv-7749 (JGK)

           Plaintiffs,          ORDER

- against -

COLGATE-PALMOLIVE COMPANY,

           Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 25, 2023.

SO ORDERED.

Dated:    New York, New York
           October 10, 2023

                                    John G. Koeltl
                            United States District Judge